UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MICHAEL SHAVERS,

        Plaintiff,

v.

DANIEL LESATZ et al.,

        Defendants.
_____/

Case No. 2:18-cv-212

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated: April 29, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge